IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICIA TAYLOR,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>AMERICAN VAN LINES, INC., and DOES 1 THROUGH 10,<br><br>　　　　　*Defendants*. | C.A. No.: 1:21-cv-00547-CFC<br><br><br>*TRIAL BY JURY OF TWELVE DEMANDED*<br><br><br>**MOTION FOR DEFAULT JUDGMENT** |

## PLAINTIFF PATRICIA TAYLOR'S REPLY TO DEFENDANT AMERICAN VAN LINES, INC.'S OPPOSITION TO MOTION FOR DEFAULT JUDGMENT

Plaintiff Patricia Taylor ("**Plaintiff**"), by and through her counsel, respectfully submits this reply to Defendant American Van Lines, Inc.'s Opposition to Plaintiff's Motion for Default Judgment (D.I. 21).

In our legal system, disappointed litigants have the right to exhaust every legitimate remedy available before resigning themselves to the finality of an adverse judgment. But they may not continually rehash rejected arguments.

By way of default, Defendant has admitted to all of the factual allegations of Plaintiff's Verified Complaint, and the only remaining issue is the calculation of Plaintiff's damages. *See* 10A Fed. Prac. & Proc. Civ. § 2688.1 (4th ed.)

In Plaintiff's Motion for Default Judgment, Plaintiff is asking this Honorable Court for a jury trial / hearing to consider Plaintiff's arguments regarding the

damages she sustained from Defendant's admitted civil torts, and not for damages arising from a contractual interstate move of her goods.

A review of Defendant's Opposition (D.I. 21) reveals that Defendant has not presented arguments addressing the evaluation and calculation of Plaintiff's damages.

Therefore, Plaintiff's Motion for Default Judgment that requests a jury trial / hearing to assess and determine Plaintiff's damages is now ripe for consideration by this Honorable Court.

Accordingly, Plaintiff renews her request for a damage trial / hearing to have her damage arguments heard and determined by a jury (D.I. 20), or any other relief the Court in its discretion finds proper.

                                              PARKOWSKI, GUERKE & SWAYZE, P.A.

BY: */s/Kyle F. Dunkle*
Kyle F. Dunkle, Esq. (#5742)
1105 N. Market St., 19th Fl.
Wilmington, DE 19801
(302) 654-3300
kdunkle@pgslegal.com

Mark W. Ishman, Esq.
9660 Falls of Neuse Rd,
Ste 138-350
Raleigh, NC 27615
(919) 468-3266
mishman@ishmanlaw.com
*Admitted Pro Hac Vice*
*Attorneys for Plaintiff*

DATED: May 13, 2022

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing *Plaintiff Patricia Taylor's Reply to Defendant's Opposition to Plaintiff's Motion for Default Judgment* contains 338 words and is in 14-point Times New Roman font in compliance with the Court's November 6, 2019 Standing Order.

                        PARKOWSKI, GUERKE & SWAYZE, P.A.

BY: */s/Kyle F. Dunkle*
      Kyle F. Dunkle, Esq. (#5742)
      1105 N. Market St., 19th Fl.
      Wilmington, DE 19801
      (302) 654-3300
      kdunkle@pgslegal.com

      Mark W. Ishman, Esq.
      9660 Falls of Neuse Rd,
      Ste 138-350
      Raleigh, NC 27615
      (919) 468-3266
      mishman@ishmanlaw.com
      *Admitted Pro Hac Vice*

DATED: May 13, 2022                        *Attorneys for Plaintiff*